UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                    Case No.: 1:25–cr–00629
                                                      Honorable Heather K. McShain

Miguel Escareno De Loera
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

         MINUTE entry before the Honorable Heather K. McShain as to Miguel Escareno De Loera. Detention hearing held 10/6/25. Spanish speaking interpreter present. For the reasons stated on the record, the Court finds there are a combination of conditions to reasonably assure the safety of the community and Defendant's appearance at future court hearings. The Government's oral motion for pretrial detention is denied. Defendant released on a $5,000 appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant is ordered released after processing. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.