# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                          Case No.: 1:25−cr−00629

                                                                   Honorable Heather K. McShain

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Government's motion to dismiss [15] is granted. Preliminary examination set for 10/15/2025 [14] is stricken. Case terminated. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.